31027, 31028. McLARRY v. THE STATE.

MacINTYRE, J. The above cases are controlled adversely to the plaintiff in error by the decision in *McLarry* v. *State* (Nos. 31023 and 31024), ante, 864. *Judgments affirmed. Broyles, C. J.; and Gardner, J., concur.*
DECIDED SEPTEMBER 19, 1945. REHEARING DENIED SEPTEMBER 29, 1945.

*Aaron Kravitch,* for plaintiff in error.
*Samuel A. Cann, solicitor-general, Andrew J. Ryan Jr.,* contra.

31029, 31030. McLARRY v. THE STATE.

GARDNER, J. The above cases are controlled by the decision in *McLarry* v. *State* (Nos. 31023 and 31024) ante, 864, and the judgments in the latter designated cases are hereby made the judgments in these cases, and the judgments in these cases are therefore affirmed.
    *Judgments affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED SEPTEMBER 19,. 1945. REHEARING DENIED SEPTEMBER 29, 1945.

*Aaron Kravitch,* for plaintiff in error.
*Samuel A. Cann, solicitor-general, Andrew J. Ryan Jr.,* contra.

30914. MASON v. HALL.

DECIDED SEPTEMBER 29, 1945.